IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NICHOLAS CARVER                                                                    PLAINTIFF

v.                                              CIVIL ACTION NO. 1:25-cv-00206-TBM-RPM

KENNY UNKNOWN, et al.                                                          DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 4th day of March, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE